UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID H. ABLESTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV01431 AGF |
| ) | |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On joint motion of the parties, and for good cause shown,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Stay Discovery (Doc. #16) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that on or before **May 5, 2006**, the parties shall file any motions or cross motions for summary judgment. Responses shall be filed by **June 5, 2006**, and any replies shall be filed by **June 15, 2006**.

**IT IS FURTHER ORDERED** that all further discovery and other deadlines set forth in the Case Management Order (Doc. #13) shall be stayed pending a ruling on any motions for summary judgment.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 21st day of March, 2006.