UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID H. ABELSTEIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV01431 AGF |
| | ) | |
| U.S. DEPARTMENT OF | ) | |
| AGRICULTURE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's motion to stay the Court's Case Management Order of March 21, 2006, with respect to motions for summary judgment, until the Court rules on Defendant's motion to dismiss for improper venue is **GRANTED**. [Doc. #24]

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of June, 2006.