UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DAVID H. ABLESTEIN,    )
          )
   Plaintiff,     )
          )
  vs.       )   No. 4:05CV01431 AGF
          )
MICHAEL JOHANNS, Secretary,  )
U.S. Department of Agriculture,  )
          )
   Defendant.    )

## **ORDER**

  **IT IS HEREBY ORDERED** that Plaintiff's motion to vacate this Court's Order

to stay the schedule for summary judgment motions is **DENIED without prejudice** to

Plaintiff refiling such a motion in the court to which this case has been transferred. [Doc.

#29]

            _Audrey G. Fleissig_
            AUDREY G. FLEISSIG
            UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of June, 2006.